UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
THOMAS GESUALDI, et al.,

                Plaintiffs,

- against -

D & E TOP SOIL & TRUCKING, INC.,

                Defendant.
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 2 2013 ★
BROOKLYN OFFICE

ORDER
11-cv-5938 (NG)(MDG)

**GERSHON, United States District Judge:**

The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Marilyn D. Go, dated March 26, 2013, regarding the damage award to be made to plaintiffs. As recommended by Judge Go, plaintiffs are awarded damages of $31,717.98 in unpaid contributions; prejudgment interest of $7,805.51 through March 31, 2013 and at a rate of $15.64 per day until the entry of judgment; $7,483.16 in liquidated damages; $5,878.00 in attorneys' fees; and $700.86 in costs, for a total judgment of $53,585.51. Judge Go carefully reviewed all applicable considerations in finding these awards, and I endorse and adopt her analysis.

                SO ORDERED.

                s/Nina Gershon

                NINA GERSHON
                United States District Judge

Dated: Brooklyn, New York
      April 19, 2013